**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:23-CV-167-FDW-DCK**

| | |
|---|---|
| **DAVID A. JOHNSON, and ALDA, INC.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | )    **ORDER** |
| | ) |
| **ITALIAN SHOEMAKERS, INC.,** | ) |
| | ) |
| **Defendant**. | ) |
| | ) |

   **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Susie Lloyd, concerning Michael T. Landen, on April 21, 2023. Michael T. Landen seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

   **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. Michael T. Landen is hereby admitted *pro hac vice* to represent Defendant.

   **SO ORDERED**.

      Signed: April 21, 2023

David C. Keesler
United States Magistrate Judge