IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-167-FDW-DCK

| | |
|---|---|
| DAVID A. JOHNSON, and ALDA, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ITALIAN SHOEMAKERS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by Susie Lloyd, concerning Madison D. Hauser, on April 21, 2023. Madison D. Hauser seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Madison D. Hauser is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: April 21, 2023

David C. Keesler
United States Magistrate Judge