IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION FILE NO. 3:23-cv-00167-FDW-DCK

DAVID A. JOHNSON and ALDA, INC.,

    Plaintiffs,

v.

ITALIAN SHOEMAKERS, INC.,

    Defendant.
_____/

### **NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

Travis R. Joyce of the law firm of Cozen O'Connor hereby gives notice of his appearance as counsel for Defendant Italian Shoemakers, Inc. and notice of his substitution of counsel in place and stead of Susie Lloyd of Cozen Connor. Ms. Lloyd will no longer be with Cozen O'Connor as of September 29, 2023.

Mr. Joyce verifies that he is aware of and will comply with all pending deadlines in the case, including with any scheduled trial or hearings. Furthermore, Mr. Joyce certifies that he is admitted to practice before this Court and is a member in good standing with the Bar of this Court. The appearance of Susie Lloyd, as counsel of record for Defendant Italian Shoemakers, Inc., is hereby withdrawn.

This 22nd day of September, 2023.

1

Respectfully submitted,

**COZEN O'CONNOR**
*Co-Counsel for Defendant*

By: <u>*/s/ Travis R. Joyce*</u>
Travis R. Joyce, N.C. Bar No. 52233
Susie Lloyd, N.C. Bar No. 56047
301 S. College Street, Suite 2100
Charlotte, NC 28202
704-348-3466 (T. Joyce's Phone)
704-348-3483 (S. Lloyd's Phone)
704-334-3351 (Fax)
tjoyce@cozen.com
slloyd@cozen.com

*and*

**KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L.**
*Co-Counsel for Defendant*

Michael T. Landen\*
Madison D. Hauser\*
201 S. Biscayne Boulevard
Twenty-Seventh Flour
Miami, Florida 33131
Mlanden@klugerkaplan.com
Mhauser@klugerkaplan.com
(305) 379-9000

*\*Admitted pro hac vice*

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and he served the foregoing document upon the attorney shown below by transmittal of a Notice of Electronic Filing:

W. L. Sitton, Jr.
wsitton@wsittonlaw.com
*Attorney for Plaintiffs*

This 22nd day of September, 2023.

By: */s/ Travis R. Joyce*
Travis R. Joyce, Esq.