IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-167-FDW-DCK

| | |
|---|---|
| DAVID A. JOHNSON, and ALDA, INC., | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| ITALIAN SHOEMAKERS, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion To Stay Discovery Pending Ruling On Motion To Dismiss Plaintiffs' Amended Complaint And Alternative Motion To Extend Discovery Deadline" (Document No. 25) filed December 8, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Whitney's chambers, the undersigned will <u>deny</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion To Stay Discovery Pending Ruling On Motion To Dismiss Plaintiffs' Amended Complaint And Alternative Motion To Extend Discovery Deadline" (Document No. 25) is **DENIED**.

**SO ORDERED**.    Signed: December 11, 2023

David C. Keesler
United States Magistrate Judge