IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION FILE NO. 3:23-cv-00167-FDW-DCK

DAVID A. JOHNSON and ALDA, INC.

    Plaintiffs,

v.

ITALIAN SHOEMAKERS INC.,

    Defendant.

**DEFENDANT'S EXHIBIT LIST**

| <u>Exh. No.</u> | <u>Description</u> | <u>Stipulation-Authenticity</u> | <u>Stipulation-Admissibility</u> | <u>Objections</u> | <u>Identified By</u> | <u>Admitted</u> |
|---|---|---|---|---|---|---|
| 1 | 1/26/2012 email from David Johnson to Peter Romanelli and Gennaro Carnevale ISI_001573-ISI_001574; DAJ-0013-DAJ-0014 | Yes | Yes | | | |
| 2 | 3/5/2012 Email from David Johnson to Peter Romanelli ISI_001575-ISI_001576 | Yes | No | | | |
| 3 | 3/14/2012 Email from David Johnson to Peter Romanelli ISI_001577-ISI_001577 | Yes | No | | | |
| 4 | 5/3/2019 Email from Pietro Romanelli to Eve Thornton ISI_001578-ISI_001581; ISI_001582-ISI_001586 | Yes | Yes | | | |

1

| Exh. No. | Description | Stipulation-Authenticity | Stipulation-Admissibility | Objections | Identified By | Admitted |
|---|---|---|---|---|---|---|
| 5 | 2011 Commissions Report for Eve, Inc. ISI_000565-ISI_000865 | Yes | No | | | |
| 6 | 2011 Commissions Report for Alda, Inc. ISI_000866-ISI_001242 | Yes | No | | | |
| 7 | 2012 Commissions Report for Alda, Inc. ISI_001243-ISI_001572 | Yes | No | | | |
| 8 | 1/7/2019 Confidential Settlement and Release Agreement D.E. 30 (Confidential and under seal) | Yes | Yes | | | |
| 9 | Affidavit of Pietro Romanelli in Support of Defendant's Motion for Summary Judgment D.E. 32-2. | Yes | Yes | | | |
| 10 | Affidavit of Eve Thornton D.E. 32-3. | Yes | Yes | | | |
| 11 | All other documents produced by Plaintiffs in this case, provided Defendant does not object to such documents. | TBD | TBD | | | |
| 12 | All documents listed on Plaintiffs' Exhibit List, to which Defendant does not object. | Yes | Yes | | | |
| 13 | All documents needed for rebuttal or impeachment. | TBD | TBD | | | |

This 27th day of June, 2024.

**COZEN O'CONNOR**
*Co-counsel for Defendant*
By:  Travis Joyce
Travis Joyce
N.C. Bar No. 52233
301 S. College Street
Suite 2100
Charlotte, NC  28202
704-348-3483  (Phone)
720-459-6136 (Fax)
tjoyce@cozen.com

*and*

**KLUGER KAPLAN**
*Counsel for Defendant*
Miami Center, 27th Floor
201 South Biscayne Boulevard
Miami, Florida  33131
Telephone:  (305) 379-9000
Facsimile:  (305)379-3428
By:  Michael T. Landen
Michael T. Landen
Fla. Bar No. 161144
mlanden@klugerkaplan.com
Madison Hauser
Fla. Bar No. 1040915
mhauser@klugerkaplan.com

3